December 18, 2009

Mr. Bill Davis
Office of the Attorney General of Texas
PO Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. William Robert Burns
King & Spalding, LLP
1100 Louisiana, Ste 4000
Houston, TX 77002

Honorable Mary Murphy
14th District Court
500 Commerce Street, 3rd Floor
Dallas, TX 75202

RE: Case Number: 08-0696
 Court of Appeals Number: 05-07-00845-CV
 Trial Court Number: 07-05675

Style: THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER AT DALLAS
 v.
 LARRY M. GENTILELLO, M.D.

Dear Counsel:

 Today the Supreme Court of Texas dismissed as moot the Motion to
Dismiss and lifted the stay order issued October 2, 2008 in the above-
referenced cause. The Court issued a per curiam opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |